UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VICKI ADAMS,

    Plaintiff,

v.                                    Case No: 2:18-cv-628-FtM-38CM

WILDCAT RENOVATION, LLC,

    Defendant.
_____/

## ORDER[1]

This matter comes before the Court on the parties' Joint Stipulation of Dismissal With Prejudice (Doc. 16) filed on November 8, 2018. In September 2018, Plaintiff Vicki Adams sued Defendant Wildcat Renovation, LLC for failure to pay overtime compensation under the Fair Labor Standards Act ("FLSA"). (Doc. 1). The parties have since settled the FLSA claim in full, without comprises, and separately from attorney's fees and costs. (Doc. 15). The Court thus does not need to review and approve the settlement for fairness. *See Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350, 1352 (11th Cir. 1982); *King v. My Online Neighborhood, Inc.*, No. 6:06-cv-435-Orl-22JGG, 2007 WL 737575, at *3 (M.D. Fla. Mar. 7, 2007) ("Where the employer offers the plaintiff full compensation on his FLSA claim, no compromise is involved, and judicial

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

approval is not required." (citation omitted)). The parties also have stipulated to dismissing this case with prejudice and with each side to bear its own attorney's fees and costs. (Doc. 16). Their stipulated dismissal is effective upon filing. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). The Court thus dismisses this case with prejudice.

Accordingly, it is now

**ORDERED:**

(1) The Joint Stipulation of Dismissal With Prejudice (Doc. 16) is **GRANTED**.

(2) The Clerk is **DIRECTED** to enter judgment accordingly, terminate all pending motions and deadlines, and close the file.

**DONE** and **ORDERED** in Fort Myers, Florida this 9th day of November 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record